# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

UNITED STATES OF AMERICA,    )
    )
v.    )    Case No.  CR517-2
    )
AKEEM HOWARD,    )
    )
    Defendant.    )


UNITED STATES OF AMERICA,    )
    )
v.    )    Case No.  CR517-3
    )
SAMUEL CADE, ET AL,    )
    )
    Defendant.    )

## ORDER

Carlton R. Bourne, counsel of record for the United States of America in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing

shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this 14th day of August 2017.

HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA